# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1318
LT Case No. 2020-10274-CJDL

_____

K.P., MOTHER OF I.P., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Linda L. Gaustad, Judge.

Michael A. Tupper, Tupper Law, P.A., Jacksonville, for
Appellant.

Rachel Batten, Children's Legal Services, Brooksville, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Caitlin Burke, Statewide Guardian
ad Litem Office, Tallahassee, for Appellee, Guardian ad Litem.

October 4 , 2023


PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE, and PRATT, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————